# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CAMERON FLOYD DOWELL,

      **Plaintiff,**

      **v.**                    **Case No. 25-C-1510**

BRITTANY ECHOLS and
SCOTT GUTHRIE,

      **Defendants.**

## ORDER

Plaintiff Cameron Floyd Dowell is currently incarcerated at Racine Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. He is proceeding on an Eighth Amendment claim against Defendant Brittany Echols, his former probation officer, based on allegations that she forced Dowell to start an inappropriate sexual relationship with her as well as a failure to protect claim against Defendant Supervisor Scott Guthrie.

On July 14, 2026, Dowell filed a motion for default judgment as to Echols pursuant to Federal Rule of Civil Procedure 55. Dkt. No. 27. An evidentiary hearing on Dowell's motion for default judgment is set for August 27, 2026. On July 21, 2026, Echols filed a motion to set aside the entry of default, a motion to dismiss the complaint, and an answer to the complaint. Dkt. No. 32. The next day, Echols filed a motion to continue the evidentiary hearing so she can attempt to hire an attorney to represent her. Dkt. No. 34. Echols expresses confusion about the legal proceedings, and Dowell is seeking $300,000 against her. Given Echols' circumstances and the nature of the allegations, the court is satisfied that the request to adjourn the evidentiary hearing should be granted. Dowell will not be prejudiced by this brief continuance.

**IT IS THEREFORE ORDERED** that Echols' motion to continue the evidentiary hearing (Dkt. No. 34) is **GRANTED**. The clerk is directed to remove the August 27, 2026, evidentiary hearing from the court's calendar and to set the matter for a telephone status conference during the week of October 5, 2026.

Dated at Green Bay, Wisconsin this 24th day of July, 2026.

William C. Griesbach
United States District Judge

2